# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11284

United States Court of Appeals
Fifth Circuit

**FILED**

October 7, 2014

Lyle W. Cayce
Clerk

CANDANCE M. SCOTT,

Plaintiff–Appellee,

versus

AMARILLO HEART GROUP, L.L.P.,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:12-CV-112

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Candance Scott received a favorable jury verdict on her claim of retaliation under, *inter alia*, Title VII, against her former employer, Amarillo Heart Group, L.L.P., which appeals a judgment based on the verdict and awarding front pay. Having reviewed the briefs, the record, the applicable law, and counsels' arguments, we find no reversible error. The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.